FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 27 2017

JAMES W. McCORMACK, CLERK
BY: Rachell
DEP CLERK

FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT; 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_Eastern_ DIVISION

CASE NO. 4:17-cv-00863-SWW-JTR

Jury Trial: ☐ Yes ☐ No
(Check One)

I. Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: Eric L. Allen
ADC # 106177

Address: 3201 West Roosevelt Little Rock Ark. 72204

Name of plaintiff: _____
ADC # _____

Address: _____

This case assigned to District Judge Wright
and to Magistrate Judge Ray

Name of plaintiff: _____
ADC # _____

Address: _____

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: Dr. Marus

Position: Doctor

Place of employment: Pulaski County Regional Detention Facility

Address: 3201 W. Roosevelt Little Rock Ark. 72204

Name of defendant: Brawley

Position: Sgt. / Grievance Officer

-4-

Place of employment: Pulaski County Regional Detention Facility

Address: 3201 West Roosevelt Little Rock, Ark. 72204

Name of defendant: Pulaski County

Position: Operates the County Jail

Place of employment: City of Little Rock and surrounding area

Address: Little Rock, Ark.

Name of defendant: Turn Key Health Care Service

Position: Contracted to provide Health Care for the County Jail

Place of employment: Pulaski County Regional Detention Facility

Address: 3201 West Roosevelt Little Rock, Ark. 72204

II. Are you suing the defendants in:

- ☐ official capacity only
- ☐ personal capacity only
- ☒ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___   No ✗

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: _____

Defendants: _____

-5-

☐    Court (if federal court, name the district; if state court, name the county):

_____

☐    Docket Number: _____

☐    Name of judge to whom case was assigned: _____

☐    Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

☐    Approximate date of filing lawsuit: _____

☐    Approximate date of disposition: _____

IV.    Place of present confinement: __Pulaski County Regional Detention Facility Little Rock, Ark. 72204__

V.    At the time of the alleged incident(s), were you:
(check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

_____ serving a sentence as a result of a judgment of conviction

__X__ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: __Waiting to be transferred to the Arkansas Department of Correction__

VI.    The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A.    Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes _X_    No ____

B.    Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

-6-

Yes __X__ No ____

If not, why? The Grievance Officer Sgt. Brawley drew line through the Appeal process meaning the Plaintiff could not appeal this grievance any farther up the chain of command. (See Grievance Attached)

VII. Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

The Plaintiff was seen by Dr. Maruf around the last week of November 2017 or the Frist week of December on Doctor Call for a Sick Call Slip that the Plaintiff had been seen for prier by (1) One of the Sick Call Nurses. While in Dr. Maruf office the Plaintiff request to be put on His Vitamen B-12, Vitamen E, Gabapentan 400mg and the Pain and Inflamatory Medince that the Plaintiff's Dr at the VA Hospital has had the Plaintiff taken every since Febuary 2017 for Degenerative Bones, Knee problems that causes the Plaintiff's knees to just go out at anytime along with Disc problems in the Plaintiff's Neck and Back and also to keep the Plaintiff's Arms, Hand, Legs and Feet from going Numm but Dr. Maruf refused to provide the Plaintiff with these Medications and told the Plaintiff that the company that she worked for only prescribled certain Medicine the (1) One the VA Hospital had me on was not the kind they provided but she would provide me with (1) One Gabapentan (1) One time a day because they only gave that to Diabetic's. Then when the Plaintiff requested Dr. Maruf approve for the Plaintiff's Sister to bring His walking Canes to the Jail so that the Plaintiff would not be falling Dr. Maruf stated that she would be never had it approved. Therefore the Plaintiff's has been walking around in pain and falling at times because of Her felling to provide the Plaintiff with Adequate Medical Treatment for over (30) days.

Sgt. Brawley on 11/27/17 received a grievance from the Plaintiff pretain to to be put on Tylonol for a Tooth Ack that any hurts at certain times but not being denied over half of the medicine that the Plaintiff's Primary Care Doctor at the VA had the Plaintiff taking. Wherefore in this grievance Sgt. Brawley failed to address the issue regarding Medical not providing Me with all the Medicine that the Plaintiff was taking before being incarcerated. Nor did Sgt. Brawley speak to Medical to see why the Plaintiff was being denied the rest of Him medicine.

Pulaski County Employees the people named in this suit and has failed to make sure that the Plaintiff receives Adequate Health Care and not be denied the right to receive the medicine that the Plaintiff was taking before being incarcerated in their jail or at least some kind of medication that would help the Plaintiff to keep from suffering

Turn Key Health Care Service has failed to make sure that Dr Maruf provide the Plaintiff with adequate medical treatment along with the medication that the Plaintiff has been taking for year that prevents the Plaintiff from being in constant pain and falling along with causing more Health issues from not having His walking canes.

VIII. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Order the Defendants to pay $50,000.00 Punitive Damages, $50,000.00 Compentory Damage and $50,000.00 Emotional Damages Each along with any and all fees that this may cost the Plaintiff and a court appointed Attorney since the Plaintiff is not any Attorney and knows nothing about the law related to fighting this case Plus A Speedy Trail

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this __19__ day of __December__, 20__17__.

_____

_Eric L. Allen #106177_
Signature(s) of plaintiff(s)

-8-

# GRIEVANCE FORM
## ONLY ONE (1) GRIEVANCE PER SHEET



FOR OFFICE USE ONLY
Date Received: 11-27-17

Inmate's Name: Allen Eric          Intake #: 19170-17
Unit: G-306          Job Assignment: N/A
Have you discussed this problem with your Unit Deputy? Yes X  No ___

Provide a description, or explain the nature of your problem:
I have a problem being woke out of my sleep to take 2 tylonol for a tooth ack when my tooth is not hurting but being denied my pain medicine for my bone desease that the Doctor here refuses to treat me for. Wharefore over half of the medicine the VA. have me on this Doctor has refuse to provide me with it even thought is it is not a Narcortic.

What do you want to happen to solve your problem?
Do not wake me up from my sleep for tylonol when my tooth is not hurting exspecially when I get denied it when my tooth is hurting.

Inmate's Signature: Eric L. Allen          Date: 11-23-17

Is this an emergency situation? Yes ___  No X   If so, explain why.

(An emergency situation is one in which you may be subject to a substantial risk of bodily harm. It should not be declared for ordinary problems that are not of a serious nature.) If you marked yes, you may give this completed form to any deputy or department employee who will sign the attached emergency receipt, give you the receipt and deliver the remaining form, without undue delay, to the Watch Commander, or designee.  Reprisals: If you are harmed or threatened because of your use of the grievance form, report it immediately to the Watch Commander.
Abuse of this program will result in disciplinary action.
Tear Here

To be completed by the receiving member:
### RECEIPT FOR EMERGENCY SITUATIONS

Received from which inmate? : _____          Intake #: _____
Date: _____          Time: _____

_____          ____          _____
Printed Name of receiving member          D.S.N.          Signature of receiving member

## GRIEVANCE OFFICER'S DECISION

If you are scheduled to take medication, you will be offered the opportunity to take the meds or refuse the meds. YOu will need to go through Medical to have your prescription changed or stopped.

_Sgt Brawley_     Grievance Officer     2122    12-05-17
Signature of Grievance Officer or Designee    Title     D.S.N.    Date

Signature of inmate receiving response     Date

## INMATE'S APPEAL

If you are not satisfied with this response you may appeal this decision within ten (10) days by completing the information below. Remember, you are appealing the decision concerning the original complaint.
Do not list any additional issues which are not part of your original complaint.

**Why do you not agree with this response?**

_____

Inmate's Signature     Intake Number     Date

## APPEAL RESPONSE

_____

Signature of Chief or Designee    Title    D.S.N.    Date

Inmate's Signature     Intake Number     Date

If you leave the P.C.R.D.F. prior to receiving a response to your grievance, you may write us for the official response. You must include a self-addressed stamped envelope and send your request to the attention of the Grievance Officer at the Pulaski County Regional Detention Facility 3201 W. Roosevelt Rd, Little Rock, AR 72204.
**DO NOT WRITE IN THIS SPACE !!!**

1



# GRIEVANCE FORM
## ONLY ONE (1) GRIEVANCE PER SHEET



FOR OFFICE USE ONLY
Date Received: 12-01-17

Inmate's Name: Eric L. Allen     Intake #: 19170-17
Unit: G-306     Job Assignment: N/A
Have you discussed this problem with your Unit Deputy? Yes X   No ___
Provide a description, or explain the nature of your problem:

Since being arrested and booked into the PCRDF I have been threaten to be locked on Ad Seg. until being shipped to the ADC, if my family bring my walking canes to me which keeps me from falling since I have a bone disease wherefore because of my handicap and being on walking canes is not a reason to lock me in a cell for 23 hours a day when I have not violated any rules or regulations of this jail.

Therefore the ADC do not punish inmates based on these fiscal physical mental or past history as a reason to be punished and placed on Ad. Seg. And not allowed to be in general population

What do you want to happen to solve your problem?
I would like to know why I am being punished for as other my past history and pysical health problems at this county jail

Inmate's Signature: Eric L. Allen     Date: 11/30/2017

Is this an emergency situation? Yes ___ No X   If so, explain why ___

---

(An emergency situation is one in which you may be subject to a substantial risk of bodily harm. It should not be declared for ordinary problems that are not of this sound nature.) If not marked yes, you may give this completed form to any deputy or department employee who will sign the attached emergency receipt, give you the receipt and deliver the remaining form, without undue delay, to the Watch Commander. If declared Emergency: If you are harmed or threatened because of your use of the grievance form, report it immediately to the Watch Commander. Abuse of this program will result in disciplinary action.

**THIS IS A NON-GRIEVABLE ISSUE. PLEASE CONSULT THE INMATE HANDBOOK.**

Tear Here

---

To be completed by the receiving member:
### RECEIPT FOR EMERGENCY SITUATIONS
Received from which inmate? : _____     Intake #: _____
Date: _____     Time: _____

Printed Name of receiving member     D.S.N.     Signature of receiving member

Branch Directive D05-0001

Inmate's Name: _____ Intake #: _____ Grievance #: _____

## GRIEVANCE OFFICER'S DECISION

```
Advising you of the housing rules is not a threat, Sir.
This matter is non-grievable.
```

_____     Grievance Officer    2122   12/11/17
Signature of Grievance Officer or Designee    Title    D.S.N.    Date

_____     _____
Signature of inmate receiving response    Date

## INMATE'S APPEAL

If you are not satisfied with this response you may appeal this decision within ten (10) days by completing the information below. Remem you are appealing the decision concerning the original complaint.

Do not list any additional issues which are not part of your original complaint.

**Why do you not agree with this response?**

received on
12/13/17

_____     _____     _____
Inmate's Signature    Intake Number    Date

## APPEAL RESPONSE

_____     _____     _____     _____
Signature of Chief or Designee    Title    D.S.N.    Date

_____     _____     _____
Inmate's Signature    Intake Number    Date

If you leave the P.C.R.D.F. prior to receiving a response to your grievance, you may write us for the official response. You must include a self-addressed stamped envelope and send your request to the attention of the Grievance Officer at the Pulaski County Regional Detention Facility 3201 W. Roosevelt Rd. Little Rock, AR 72204
DO NOT WRITE IN THIS SPACE !!

1

*Emergency Sick Call*
Atten: J. Micthell Administrators

# SICK CALL REQUEST FORM

INMATE NAME: Eric L. Allen   DOB: 03/23/1965   INMATE NUMBER: 19170-17
DATE: 12/14/2017   FACILTY: PCRDF   LOCATION/POD: K-304

REASON FOR REQUEST:

My knees are still giving out on me from not being on my walking canes along with my neck and back hurting from Disc and Nerve damage. Wherefore, my sister Carla Marlin was denied the right to leave my canes and knee brace on 12/08/2017 by Security because they informed her that the Dr. had to approve me to have them and I suppose to be on the list to see another Dr. but have not been seen

1. INMATES ACCESSING MEDICAL, MENTAL HEALTH, DENTAL OR PHARMACEUTICAL SERVICES WILL BE CHARGED IN ACCORDANCE WITH ARKANSAS STATUTES.
2. INMATES WILL NOT BE DENIED MEDICAL CARE DUE TO THE INABILITY TO PAY OR DUE TO INSUFFICIENT FUNDS IN THEIR INMATE ACCOUNT.
3. FEES FOR MEDICAL SERVICES WILL BE DEDUCTED DIRECTLY FROM AN INMATE'S ACCOUNT. IF THERE ARE INSUFFICIENT FUNDS IN THE ACCOUNT, THE FEES WILL BE DEBITED AND THE ACCOUNT WILL SHOW A NEGATIVE BALANCE. ANY MONEY DEPOSITED INTO AN ACCOUNT WITH A NEGATIVE BALANCE WILL BE USED TO SATISFY THE DEBT WITH THE FACILITY PRIOR TO BEING AVAILABLE FOR COMMISARY SERVICES.

INMATE SIGNATURES ARE REQUIRED PRIOR TO SUBMITTING REQUESTS, AND SIGNATURES ACKNOWLEDGE UNDERSTANDING OF THE SICK CALL PROCESS.

Eric L. Allen   12/14/2017
INMATE SIGNATURE   DATE

***MEDICAL STAFF USE ONLY BELOW THIS BOX***

RECEIVED BY MEDICAL:
Quelinda Sullman RN DON   12/14/17 / 10 AM
MEDICAL SIGNATURE   DATE/TIME

ACTION TO BE TAKEN:

☐ SCHEDULE FOR SICK CALL   ☑ SCHEDULE FOR PROVIDER CLINIC   ☐ WRITTEN RESPONSE TO INQUIRY

☐ OTHER: _____

MEDICAL RESPONSE:
You will be scheduled to see provider on next available clinic day.

Sullman RN DON   12/14/17 / 10 AM
MEDICAL SIGNATURE   DATE/TIME

**TURN KEY HEALTH**   ARKANSAS

Seen on 12/15/17 by another Nurse and told that Dr. Marouf is supposedly not working at the jail now but she could not change my med. because of Dr. Marouf