# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

ERIC L. ALLEN                                                                    PLAINTIFF

V.                      4:17CV00863 SWW/JTR

DR. MARUF,
Pulaski County Regional Detention Facility, et al.            DEFENDANTS

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Allen's claims against Harris, Bennett, and Pulaski County are DISMISSED WITHOUT PREJUDICE.

2. Allen's claims against the Pulaski County Sheriff's Department are DISMISSED WITH PREJUDICE.

3. Allen may PROCEED with his § 1983 medical care claims against Maruf, Brawley, Turn Key, Tillman, Mitchell, and Roberts.

4. The Clerk is directed to prepare a summons for: (a) Brawley at the PCRDF; and (b) Maruf, Turn Key, Tillman, Mitchell, and Roberts through Attorney Benjamin D. Jackson at Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C., 425 West Capitol Avenue, Suite 1800, Little Rock, AR 72201. The U.S. Marshal is directed to serve the summons, complaint, amended complaint, and this Order on them without prepayment of fees and costs or security therefor. If

any of the defendants are no longer Pulaski County or Turn Key employees, the individual responding to service must file a **sealed** statement providing the unserved defendant's last known private mailing address.

5.　　It is CERTIFIED, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 8th day of March, 2018.

/s/Susan Webber Wright  
UNITED STATES DISTRICT JUDGE