UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ERIC L. ALLEN								PLAINTIFF
ADC #106177

V.					4:17CV00863 SWW/JTR

LUBNA MARUF, Doctor;
NANCY BRAWLEY, Sgt., Grievance Officer;
TURN KEY HEALTH CARE SERVICE
QUELINDA TILLMAN-WILSON, RN,
Turn Key Health Care;
JACOB MITCHELL, Administrator,
Turn Key Health Care; and
KENDRA ROBERTS, Doctor, Turn Key Health Care			DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered separately today, this case is dismissed without prejudice, and it is certified pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from this Judgment would not be taken in good faith.

Dated this 17th day of September, 2018.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE